No. ——. VALE *v.* HENDERSON, WARDEN. C. A. 5th Cir. Renewed application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. 153, Misc., October Term, 1968. McCRORY *v.* MISSISSIPPI, 393 U. S. 532. Motion to implement judgment denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 905. GROVE PRESS, INC., ET AL. *v.* MARYLAND STATE BOARD OF CENSORS. Appeal from Ct. App. Md. [Probable jurisdiction noted, 397 U. S. 984.] Motion of appellants to remove case from summary calendar denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 1189. LEMON ET AL. *v.* KURTZMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 397 U. S. 1034.] Motion of United Americans for Public Schools for leave to file a brief as *amicus curiae* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1337. DECKER, U. S. DISTRICT JUDGE, ET AL. *v.* HARPER & ROW PUBLISHERS, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 397 U. S. 1073.] Further consideration of motion of petitioners for leave to supplement record and motion of respondents to strike portions of petitioners' designation of record postponed to hearing of case on the merits. Material submitted with petitioners' motion may be lodged with the Clerk.

No. 1960, Misc. VAN CLEAVE *v.* NELSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.